RECEIVED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Richard J. Lynn,
    Plaintiff,

v.

                              Civil Action No. 08-CV-0418-JDB

Harley G. Lappin,

Ron Wiley,
    Defendants

RE: PROOF OF SERVICE OF ALL THE
DEFENDANTS IN THE ABOVE CASE.

Come now, Richard J. Lynn, as in incarcerated prisoner proceeding Pro Se and respectfully moves this Honorable Court

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0001 0899 6195**
Status: **Delivered**

Your item was delivered at 4:49 AM on April 21, 2008 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br>■ Print your name and address on the reverse so that we can return the card to you. <br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X  ☐ Agent  ☐ Addressee <br> B. Received by (*Printed Name*)   C. Date of Delivery |

1. Article Addressed to:

U.S ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC.
20530

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(Transfer from service label)    **7007 2680 0001 0899 6195**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7007 2680 0001 0899 6195

WASHINGTON DC 20530
3.2    $2.67    0791
2.6    $2.65    03
2.1    $2.15
$0.00
8.6    $7.47    04/16/2008

U.S ATTORNEY GENERAL
950 PENNSYLVANIA AVE, N.W.
WASHINGTON, D.C. 20530

 UNITED STATES
POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0001 0899 6201**
Status: **Delivered**

Your item was delivered at 8:12 AM on April 18, 2008 in FLORENCE, CO
81226.

Track & Confirm

Enter Label/Receipt Number.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☒ Agent ☐ Addressee |
| | B. Received by ( Printed Name )   C. Date of Delivery   JENnMA   4-18-08 |
| 1. Article Addressed to: RON WILEY, WARDEN ADX P.O. BOX 8500 FLORENCE, CO. 81226 | D. Is delivery address different from item 1?  ☐ Yes If YES, enter delivery address below:  ☐ No |
| | 3. Service Type ☒ Certified Mail  ☐ Express Mail ☐ Registered  ☒ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. Article Number
(Transfer from service label)          7007 2680 0001 0899 6201

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M

FLORENCE CO 81226

APR 17

USPS

RON WILEY, WARDEN ADX
P.O. BOX 8500
FLORENCE, CO. 81226

3.30  $2.67   0791
26   $2.65   03
21.5 $2.15
$0.00
8.00 $7.47   04/17/2008

R.LYNN F-UNIT #09746-004



**UNITED STATES**
**POSTAL SERVICE**₄

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0001 0899 6188**
Status: **Delivered**

Your item was delivered at 7:34 AM on April 21, 2008 in WASHINGTON,
DC 20534.

Track & Confirm

Enter Label/Receipt Number.

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>HARLEY G. LAPPIN, DIRECTOR<br>FEDERAL BUREAU OF PRISONS<br>320 FIRST STREET, N.W.<br>WASHINGTON, D.C.<br>20534 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

Article Number
*(Transfer from service label)*

Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

CERTIFIED MAIL RECEIPT

7007 2680 0001 0899 6188

WASHINGTON DC 20534

| | | |
|---|---|---|
| 32.0 | $2.67 | 0791 |
| 26 | $2.65 | 03 |
| 26 | $2.15 | |
| | $0.00 | |
| 80.0 | $7.47 | 04/16/2008 |

FLORENCE CO 81226
APR 16

RLYNN FUNIT
#09748-004

HARLEY G. LAPPIN, DIRECTOR
320 FIRST STREET, N.W.
WASHINGTON, DC 20534

# UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0001 0899 6218**
Status: **Forwarded**

**Your item was forwarded to a different address at 11:14 AM on April 23, 2008 in WASHINGTON, DC 20001. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.** Information, if available, is updated every evening. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Copyright © 1999-2007 USPS. All Rights Reserved.

*GREEN CARD HERE*    ➝ *SEE ATTACHED*

CERTIFIED MAIL RECEIPT

WASHINGTON DC 20001

0791
03

APR 16 2015

04/16/2008

R.LYNN F-UNIT
#08748-004

U.S ATTORNEY
555 4TH STREET, N.W.
WASHINGTON, D.C. 20001

7007 2680 0001 0899 6218

**UNITED STATES
POSTAL SERVICE**  ⊠

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2680 0001 0899 6218
Status: **Delivered**

Your item was delivered at 4:48 AM on April 28, 2008 in WASHINGTON,
DC 20530.

| Track & Confirm |
| Enter Label/Receipt Number. |

*Additional Details >*  |  *Return to USPS.com Home >*

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

Copyright 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA