RECEIVED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard J. Lynn,
    Plaintiff,

v.    Civil Action No. 08-CV-0418-JDB

Harley G. Lappin,

Ron Wiley,
    Defendants

RE: __Proof of Service of All the Defendants in the Above Case.__

    Come now, Richard J. Lynn, as in incarcerated prisoner proceeding Pro Se and respectfully moves this Honorable Court


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 2680 0001 0899 6195**
Status: **Delivered**

Your item was delivered at 4:49 AM on April 21, 2008 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:  U.S. ATTORNEY GENERAL  DEPARTMENT OF JUSTICE  950 PENNSYLVANIA AVE, N.W.  WASHINGTON, D.C.  20530 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0001 0899 6195 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do   4/25/2008

**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0001 0899 6201**
Status: **Delivered**

Your item was delivered at 8:12 AM on April 18, 2008 in FLORENCE, CO 81226.

**Track & Confirm**

Enter Label/Receipt Number.

---

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ron Wiley, Warden ADX
   P.O. Box 8500
   Florence, Co.
   81226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   T. Henman                     4-18-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 2680 0001 0899 6201

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M

---

7007 2680 0001 0899 6201

FLORENCE CO 81226
APR 17

3 - $2.67    0791
24 $2.65    03
21.5 $2.15
   $0.00
8.0 $7.47   04/17/2008

R. Lynn F-Unit
#09748-004

USPS

Ron Wiley, Warden ADX
P.O. Box 8500
Florence, Co. 81226



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0001 0899 6188**
Status: **Delivered**

Your item was delivered at 7:34 AM on April 21, 2008 in WASHINGTON, DC 20534.

Track & Confirm

Enter Label/Receipt Number.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HARLEY G. LAPPIN, DIRECTOR
   FEDERAL BUREAU OF PRISONS
   320 FIRST STREET, N.W.
   WASHINGTON, D.C.
   20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
(Transfer from service label)

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



7007 2680 0001 0899 6188

WASHINGTON DC 20534
32 0 $2.67   0791
26 $2.65    03
21 $2.15
$0.00
80 $7.47   04/16/2008

R. LYNN FUNIT
#09748-004

HARLEY G. LAPPIN, DIRECTOR
320 FIRST STREET, N.W.
WASHINGTON, DC 20534

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/25/2008

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0001 0899 6218**
Status: **Forwarded**

Your item was forwarded to a different address at 11:14 AM on April 23, 2008 in WASHINGTON, DC 20001. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect. Information, if available, is updated every evening. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >     Return to USPS.com Home >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >



*GREEN CARD HERE* → *SEE ATTACHED*

[Postal receipt showing label 7007 2680 0001 0899 6218, Washington DC 20001, APR 16 2008, postage amounts $2.65, $2.15, $0.00, $7.47, dated 04/16/2008, 0791 03, addressed to U.S. Attorney, 555 4th Street, N.W., Washington, D.C. 20001. Handwritten: R. LYNN F-UNIT #09748-004]

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/25/2008

**UNITED STATES POSTAL SERVICE**  Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0001 0899 6218**
Status: **Delivered**

Your item was delivered at 4:48 AM on April 28, 2008 in WASHINGTON, DC 20530.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >