**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# RECEIVED

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard J. Lynn
       Plaintiff,

v.

Civil Action No.: _____08-cv-0418-JDB_____

Harley G. Lappin
Ron Wiley
       Defendants.

---

## MOTION TO ADD DOCUMENTS TO ORIGINAL PETITION

---

Comes now, Richard J. Lynn as an incarcerated prisoner proceeding Pro Se and respectfully moves this Honorable Court for permission to add the following (21) documents (which were recently obtained through a FOIA/PA Request and plaintiff was unable to submit with his original petition.

These documents are ALL false and have been fabricated by BOP (Bureau of Prison) staff and are crucial to plaintiff's case. Plaintiff avers the following:

1.)     Dexter A. James, Clinical Scientist Officer compiled the 05-11-2006 and 07-27-2006 Psychology Assessments, which are both false and fabricated, as at NO time was plaintiff ever present or did he ever speak to Dr. James. There was NO interview and the information contained in his psuedo-interview is false (See Exhibits A 1 and 2).

2.)     Raymond T. Proetto, Ph.D., Drug Abuse Program Coordinator compiled (14) false and fabricated Psychology Assessments. NEVER was plaintiff ever interviewed by Proetto – NEVER did plaintiff ever refuse to be interviewed. In his 05-05-2006 false and fabricated

1

assessment he states "Inmate Lynn was interviewed – then under comments; states "He was up and about taking care of personal business." For whatever that may mean – it is complete conjecture and inmate Lynn, was never interviewed by Proettos. In Proetto's false and fabricated assessment dated 09-22-2005 he again states "Inmate Lynn was interviewed" and further states under comments; "He spoke at length and joked frequently.  Mood positive and no signs of distress."  Again, plaintiff was NEVER interviewed by or has he EVER talked to Proetto and was NEVER asked by any psychology staff for an interview.  (See Exhibits B 1 – 14).

3.)    Javier Mouriz, PH.D., Code Program Coordinator, compiled 5 (five) false and fabricated Psychology Assessments of 09-09-2005, 08-24-2006, 09-21-2006, 01-12-2006 and again it is stated that "Inmate Lynn was interviewed" which is false, as plaintiff was NEVER interviewed by ANY psychology staff and NEVER refused such assessment.  (See Exhibits C 1 – 15).

Please add these "false and fabricated" documents to plaintiff's original petition as exhibits in the ongoing fabrication of documents used by the BOP to place plaintiff in the most restrictive prison in the BOP-ADX where he is locked down for 23-24 hours per day and is now being retaliated against for filing these constitutional claims.

On    *May 27*    , 2008.


S/_____
Plaintiff

PDS Print All Documents                                                    Page 1 of 1

**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 05-11-2006 - Eval/Rpt - Greater Security Referral
**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit:** SHU
**Author:** DEXTER A. JAMES, Psy.D, CLINICAL SCIENTIST OFFICER
**Institution:** COP - COLEMAN I USP

---

**Reason for Referral:** The CMC requested a mental health assessment of this inmate. Policy dictates a mental health assessment accompany the referral when a transfer to USP Marion/USP ADX is being considered. Inmate Lynn is being referred for greater security institution.

**Sources of Information:** The information in this report was obtained from a review of Psychology, Medical, and Central files. A clinical interview was also conducted.

**Demographic Information:** Inmate Lynn is a 46 year old male serving a Life sentence on a drug charge.
He was interviewed in segregation. He appeared in good spirits. He reports serving 13 years at FLP, ATI, ADX, MAR,
THA, ATL, and TDG. He is divorced with 2 children. He denies any mental health problems and has never required an MDS code.

**Mental health History and Current Mental Status:** Inmate Lynn does not have a history of mental health problems/treatment. He denies any substance abuse history. The clinical interview revealed his mental status was good/stable. His personal hygiene and grooming were good. He was oriented to person, place, and time. His thinking was clear, lucid, organized, and free of delusions. His mood was euthymic with a congruent, appropriate affect. His sensorium was intact. He denied any current suicidal ideation.

**Conclusions:** There is no mental health reason to preclude the transfer of this inmate to USP Marion/USP ADX. He does not have a history of mental health problems and has not exhibited any mental health difficulties adjusting to confinement in SHU at this facility. If transferred, it is likely he will adjust well and not exhibit any mental health problems.

**LIMITED OFFICIAL USE**

REVIEWED AND RELEASED BY

NOV 2 0 2007



NCRO LEGAL OFFICE
FOI EXEMPT

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 07-27-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** DEXTER A. JAMES, Psy.D, CLINICAL SCIENTIST OFFICER

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **06-14-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, Inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

Inmate LYNN was seen for a 30-day SHU review. He was alert, oriented, and did not appear to be responding to any internal stimuli. No significant mental health issues or concerns were reported, nor did he appear to be experiencing any acute distress. He will contact Psychology Services on an as needed basis. Psychology Services will continue to monitor through regular rounds.

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 1 2007

NCRO LEGAL OFFICE

2


**LIMITED OFFICIAL USE**



**Federal Bureau of Prisons**
**Psychology Data System**

**Date-Title:** 03-08-2006 - SHU Review
**Reg Number-Name:** 09748-094 - LYNN, RICHARD J.    **Unit:** E/F
**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD
**Institution:** COP - COLEMAN I USP

Inmate LYNN was placed in the Special Housing Unit on **01-03-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

The findings of this review are:

**MENTAL STATUS:**    Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**    Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**    Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**    Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

**LIMITED OFFICIAL USE**

REVIEWED AND RELEASED BY

NOV 2 0 2007

NCRO LEGAL OFFICE

# FOI Exempt


**LIMITED OFFICIAL USE**



**Federal Bureau of Prisons
Psychology Data System**

**Date-Title:** 06-30-2006 - SHU Review
**Reg Number-Name:** 09748-004 LYNN, RICHARD J.    **Unit:** SHU
**Author:** RAYMOND F. PROETTO, Ph.D., DRUG ABUSE PROG COORD
**Institution:** COP - COLEMAN I USP

Inmate LYNN was placed in the Special Housing Unit on **06-14-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

The findings of this review are:

**MENTAL STATUS:**    Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**    Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**    Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**    Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

Inmate refused to be interviewed. He waved off this writer. Staff did not report significant adjustment problems.

**LIMITED OFFICIAL USE**

REVIEWED AND RELEASED BY

MAY 2 0 2007

NCRO LEGAL OFFICE

**FOI Exempt**

 

PDS Print All Documents

Page 1 of 1

**LIMITED OFFICIAL USE**



**Federal Bureau of Prisons
Psychology Data System**

**Date-Title:** 11-17-2005 - SHU Review
**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit:** E/F
**Author:** RAYMOND P. PROETTO, Ph.D., DRUG ABUSE PROG COORD
**Institution:** COP - COLEMAN I USP

---

Inmate **LYNN** was placed in the Special Housing Unit on **08-25-2005**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:**    Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**    Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**    Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**    Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

**LIMITED OFFICIAL USE**

REVIEWED AND RELEASED BY

NOV 2 9 2007

NCRO LEGAL OFFICE

**FOI Exempt**



**LIMITED OFFICIAL USE**



### Federal Bureau of Prisons
### Psychology Data System

**Date-Title:** 10-20-2005 - SHU Review
**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit:** E/F
**Author:** RAYMOND E. PAOLETTO, Ph.D., DRUG ABUSE PROG COORD
**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **08-25-2005**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

Inmate refused to be interviewed. Staff did not report significant adjustment problems.

**LIMITED OFFICIAL USE**

REVIEWED AND RELEASED BY
NOV 2 0 2007
NCRO LEGAL OFFICE

FOI Exempt

PDS Print All Documents

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-30-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.     **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **06-14-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

Inmate refused to be interviewed. He waved off this writer. Staff did not report significant adjustment problems.

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 9 2007

NCRO LEGAL OFFICE



**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 06-02-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.     **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **05-25-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION**.

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW**.

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW**.

## Comments:

Inmate refused to be interviewed. He simply waved off this writer. Staff did not report significant adjustment problems.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

REVIEWED AND RELEASED BY

NOV 2 9 2007

MCRO LEGAL OFFICE



**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 05-05-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:**  F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **05-25-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, Inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:**   Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**   Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**   Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**   Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

Inmate interviewed. He did not report significant mental health problems or concerns. He was up and about taking care of personal business

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

LEGAL OFFICE



**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-06-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **01-03-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:**    Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**    Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**    Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**    Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 9 2007

NCRO LEGAL OFFICE



**\*\*SENSITIVE BUT UNCLASSIFIED\*\***



# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-08-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **01-03-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

REVIEWED AND RELEASED BY

NOV 2 9 2007

NCRO LEGAL OFFICE

(9)

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-10-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **01-03-2006**.  In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist.  Staff members were consulted.   Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:**   Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**   Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**   Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**   Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

Inmate refused to be interviewed. He simpley ignored this wirter.  Staff did not report significant adjustment problems.

**SENSITIVE BUT UNCLASSIFIED**



REVIEWED AND RELEASED BY

NCV 2 9 2007

NCRO LEGAL OFFICE

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-17-2005 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **08-25-2005**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW**.

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 0 2007

NCRO LEGAL OFFICE

(11)

**SENSITIVE BUT UNCLASSIFIED**

## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 10-20-2005 - SHU Review
**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L
**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD
**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **08-25-2005**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION**.

Inmate LYNN refused to be interviewed. He was observed by the reviewing psychologist. Staff members were consulted. Available records were reviewed where necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW**.

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW**.

## Comments:

Inmate refused to be interviewed. Staff did not report significant adjustment problems.

**SENSITIVE BUT UNCLASSIFIED**

*REVIEWED AND RELEASED BY*
*NOV 2 9 2007*
*NCRO LEGAL OFFICE*

(12)

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-22-2005 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.   **Unit/Qtrs:** F, F05-108L

**Author:** RAYMOND T. PROETTO, Ph.D., DRUG ABUSE PROG COORD

**Institution:** COP - COLEMAN I USP

---

Inmate **LYNN** was placed in the Special Housing Unit on **08-25-2005**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

Inmate interviewed. He did not report significant mental health problems or concerns. He spoke at length and joked frequently. Mood positive and no signs of distress.

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 0

NCRO LEGAL OFFICE

13

Psychology Data System

**LIMITED OFFICIAL USE**

### SHU REVIEW

Date........: Thursday, September 22, 2005
Inmate......: LYNN, RICHARD
Reg. No.....: 09748-004

Author......: RAYMOND T. PROETTO PH.D.
Title.......: DAP COORDINATOR
Institution.: COP

---

Inmate LYNN was placed in the Special Housing Unit on 8/25/2005.  In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION.

Inmate LYNN was interviewed.  Other staff members and/or available records were consulted as necessary and appropriate.

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on current information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF..... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change.  Based on the inmate's history, exisiting conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, exisiting conditions, and other information available at the time of the review, the current potential for harm to others is judged to be LOW.

**COMMENTS:**

Inmate interviewed.  He joked and used the time for his entertainment.  He denied any distress or emotional problems.  Staff did not report any noticeable problems.

REVIEWED AND RELEASED BY

NOV 2 9 3.07

NCRO LEGAL OFFICE

(14)


**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-12-2006 - SHU Review
**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit:** E/F
**Author:** JAVIER MOURIZ, PH.D., CODE PROG COORD
**Institution:** COP - COLEMAN I USP

---

Inmate **LYNN** was placed in the Special Housing Unit on **01-03-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:**    Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**    Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**    Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**    Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

## Comments:

**LIMITED OFFICIAL USE**

REVIEWED AND RELEASED BY

NOV 2 0 2007

NCRO LEGAL OFFICE

FOI Exempt

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-21-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.     **Unit/Qtrs:** F, F05-108L

**Author:** JAVIER MOURIZ, PH.D., CODE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **07-28-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 0 2007

NCRO LEGAL OFFICE

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-24-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** JAVIER MOURIZ, PH.D., CODE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **07-28-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:** Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:** Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:** Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:** Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**<u>Comments:</u>**

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 9 2007

NCRO LEGAL OFFICE

C3.

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-12-2006 - SHU Review

**Reg Number-Name:** 09748-004 - LYNN, RICHARD J.    **Unit/Qtrs:** F, F05-108L

**Author:** JAVIER MOURIZ, PH.D., CODE PROG COORD

**Institution:** COP - COLEMAN I USP

Inmate **LYNN** was placed in the Special Housing Unit on **01-03-2006**. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing Unit with a quarters assignment of **ADMIN. DETENTION** .

Inmate LYNN was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

*The findings of this review are:*

**MENTAL STATUS:**  Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

**ADJUSTMENT:**  Based on available information, current adjustment to Special Housing Unit appears to be **SATISFACTORY**

**THREAT TO SELF:**  Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be **LOW** .

**THREAT TO OTHERS:**  Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be **LOW** .

**Comments:**

**SENSITIVE BUT UNCLASSIFIED**

REVIEWED AND RELEASED BY

NOV 2 0 2007

NCRO LEGAL OFFICE

**\*\*LIMITED OFFICIAL USE\*\***

## SHU REVIEW

Date.........: Friday, September 02, 2005
Inmate......: LYNN, RICHARD
Reg. No.....: 09748-004

Author......: JAVIER MOURIZ, PHD
Title.......: CODE COORDINATOR
Institution.: COP

---

Inmate LYNN was placed in the Special Housing Unit on 8/25/2005.  In
accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate LYNN was housed in the Special Housing
Unit with a quarters assignment of ADMIN. DETENTION.

Inmate LYNN was interviewed.  Other staff members and/or available records
were consulted as necessary and appropriate.

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior
                      do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on current information, current adjustment to the
                      Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF..... : Precise prediction of self-injurious behavior is difficult
                      and should be modified over time as individual circumstances
                      change.  Based on the inmate's history, exisiting conditions,
                      and other information available at the time of the review,
                      the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should
                      be modified over time as individual circumstances change.
                      Based on the inmate's history, exisiting conditions, and other
                      information available at the time of the review, the current
                      potential for harm to others is judged to be LOW.

**COMMENTS:**

REVIEWED AND RELEASED BY
NOV 2 0 2007
NCRO LEGAL OFFICE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading / document was mailed to:

*Clerk of The Court, U.S. District Court for the District of Columbia* Defendant

at *333 Constitution Ave. N.W., Washington DC 20001*

On _____ *5/27* _____, 2008.

*Richard J. Lynn*
Plaintiff