UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD J. LYNN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN,** )<br>Director of Federal Bureau of Prisons, *ET AL.* )<br>)<br>**Defendants.** )<br>) | Case No: 08-cv-00418 (JDB) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendants.

Dated: June 5, 2008                           Respectfully submitted,

                                              /s/
                                              John C. Truong, D.C. Bar # 465901
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 307-0406
                                              (202) 514-8780 (fax)
                                              john.truong@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that the foregoing Notice of Appearance was served upon Plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

RICHARD J. LYNN
09748-004
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

on this 5th day of June, 2008.

                                                                                         /s/
                                         John C. Truong, D.C. Bar # 465901
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 307-0406
                                         (202) 307-8780 (fax)
                                         john.truong@usdoj.gov