## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Richard J. Lynn,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Harley G. Lappin** *et al.*,<br><br>**Defendants.** | **Civil Action No.  08-0418 (JDB)** |

## ORDER

Plaintiff moves for the appointment of counsel to represent him in this civil rights action.

Because plaintiff is not proceeding *in forma pauperis*, he is not eligible for an appointment from

the Court's Civil Pro Bono Panel.  *See* Local Civil Rule 83.11(b)(3).  Accordingly, it is

   **ORDERED** that plaintiff's motion for the appointment of counsel [Dkt. No. 5] is

**DENIED**.

                                             s/
                                      JOHN D. BATES
                                 United States District Judge

Dated: June 11, 2008