UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD J. LYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 08-cv-0418 (JDB) |
| | ) |
| HARLEY G. LAPPIN, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time to August 7, 2008, to respond to *pro se* Plaintiff's complaint. Since Plaintiff is a prisoner currently incarcerated in Florence, Colorado, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. *Pro se* Plaintiff files this action alleging that Defendants violated his rights under the Privacy Act for failure maintain accurate record. Plaintiff also alleges that Defendants violated his Due Process rights under the Fifth Fourteenth Amendments for not providing him with certain procedural rights before placing him in Administrative Detention. Defendants are in the process of evaluating Plaintiff's numerous claims in order to craft a proper response. That process is taking longer than anticipated given Plaintiff's claims.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

For the foregoing reasons, Defendant respectfully requests that the Court grant an extension until August 7, 2008, for Defendant to respond to Plaintiff's complaint.

Dated: July 1, 2008.                                        Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**RICHARD J. LYNN,**            )
                                )
       **Plaintiff,**         )
                                )
   v.                           )   Case No: 08-cv-0418 (JDB)
                                )
**HARLEY G. LAPPIN, ET AL.,**   )
                                )
       **Defendants.**        )
_____)

## ORDER

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this_____ day of _____, 2007,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including August 7, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I certify that, on July 2, 2008, the foregoing Motion for An Extension of Time was served upon *pro se* plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

Richard J. Lynn
BOP#09748-004
P.O. Box 8500
Florence, CO 81226

_____
John C. Truong, D.C. Bar # 465901
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
(202) 307-8780 (fax)
john.truong@usdoj.gov