## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD J. LYNN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No: 08-cv-0418 (JDB)** |
| | ) | |
| **HARLEY G. LAPPIN, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time to September 8, 2008, to respond to *pro se* Plaintiff's Complaint. Since Plaintiff is a prisoner currently incarcerated in Florence, Colorado, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. *Pro se* Plaintiff files this action alleging that Defendants violated his rights under the Privacy Act for failure to maintain accurate record. Plaintiff also alleges that Defendants violated his Due Process rights under the Fifth Fourteenth Amendments for not providing him with certain procedural rights before placing him in Administrative Detention.

Defendant intended to file an appropriate response by the due date (August 7, 2008);

---

[1]Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

however, other pressing litigation matters prevent the undersigned counsel from completing the

response in time for agency and supervisory review prior to filing it with the Court.  Specifically,

the undersigned counsel has been devoting substantial time to preparing for a one-week bench

trial in Malloy v. Preston, No. 05-1117 (RCL), which is scheduled to begin on August 25, 2008.

Furthermore, during the week of August 4, the undersigned has to file a pretrial statement in

Malloy and two reply briefs in Fraternal Order of Police v. Gates, No. 08-0039 (RJL) and Porter

v. Johnson, No. 04-212 (PLF).  Moreover, the undersigned counsel is scheduled to travel out of

town from August 7 to August 11, 2008.

     For these reasons, the Court should grant an extension until September 8, 2008, for

Defendant to file an appropriate response to Plaintiff's Complaint.

Dated: August 4, 2008.                   Respectfully Submitted,


                     /s/   Jeffrey A. Taylor
                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                  United States Attorney


                     /s/    Rudolph Contreras
                  RUDOLPH CONTRERAS, D.C. BAR #434122
                  Assistant United States Attorney

                     /s/   John C. Truong
                  JOHN C. TRUONG, D.C. BAR #465901
                  Assistant United States Attorney
                  555 Fourth Street, N.W.
                  Washington, D.C.  20530
                  (202) 307-0406

                  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICHARD J. LYNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No: 08-cv-0418 (JDB)** |
| ) | |
| **HARLEY G. LAPPIN, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for An Extension of Time and the entire

record herein, it is this_____ day of _____, 2008,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 8, 2008,

to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I certify that, on August 4, 2008, the foregoing Motion for An Extension of Time was

served upon *pro se* plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid,

addressed to:


Richard J. Lynn
BOP#09748-004
P.O. Box 8500
Florence, CO 81226


                                        _____//s//_____
                                        John C. Truong, D.C. Bar # 465901
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0406
                                        (202) 307-8780 (fax)